1132

No. 99–8639. DUNCAN v. BARRERAS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–8641. JACKSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–8643. MCDOWELL v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 99–8646. MAHON v. COUNTY OF LOS ANGELES ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–8648. JONES v. COMMISSIONER OF LABOR OF NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 99–8664. COFFEE v. DOTH, COMMISSIONER OF HUMAN SERVICES OF MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 99–8669. TAYLOR v. DEES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–8670. WELCH v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 99–8671. WALKER v. AKERS ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–8673. STEMLEY v. FOTI, SHERIFF OF ORLEANS PARISH, LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–8679. JEFFERS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–8680. MANTHEI v. BOGAN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–8686. ALDRIDGE v. ZULPO-DANE ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–8687. ANGLETON v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 99–8689. CLAY v. SANDERS, JUDGE, CIRCUIT COURT OF MISSISSIPPI, WILKINSON COUNTY. C. A. 5th Cir. Certiorari denied.